IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHEVRON PIPE LINE COMPANY, | ) | |
| | ) | Civil Action No. 5:05-CV-293-C |
| Defendant. | ) | ECF |

**ORDER**

On this date, the Court considered Plaintiff the United States of America's Motion for Stay of Proceedings Pending United States Supreme Court Ruling in Rapanos and Carabell, filed March 9, 2006. The Court further considered Defendant Chevron Pipe Line Company's Response in Opposition, filed on March 21, 2006. Finally, the Court considered Plaintiff's Motion for Leave to File Reply and Request for Expedited Ruling, filed March 30, 2006.

Plaintiff's Motion for Leave to File Reply is **GRANTED**. Plaintiff also requests that this Court rule on the Motion for Stay promptly so that Plaintiff will be aware of whether or not it will be required to file a timely response to Defendant's pending Motion for Summary Judgment. For the reasons argued in Defendant's Brief in Opposition to the United States' Motion for Stay of Proceedings, the Court finds that Plaintiff's Motion for Stay should be **DENIED**.

SO ORDERED this 7th day of April, 2006.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT